# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DR. VANESSA GARCIA, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:18-cv-00814 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| THE METROPOLITAN GOVERNMENT | ) MAGISTRATE JUDGE NEWBERN |
| OF NASHVILLE AND DAVIDSON | ) |
| COUNTY, TENNESSEE, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court are Defendant's unopposed motion for oral argument on the motions for judgment on the pleadings (Doc. No. 34) and Defendant's motion for oral argument on the motions for summary judgment (Doc. No. 77). Plaintiff filed a response in opposition to the motion for oral argument on the motions for summary judgment (Doc. No. 80) and Defendant filed a reply (Doc. No. 88).

The parties have extensively briefed the issues in cross motions for judgment on the pleadings and cross motions for summary judgment. (*See* Doc. Nos. 27, 32, 37, 39, 44, 49, 64, 69, 79, 84, 60, 70, 76). Oral argument will not aid the Court's decision on the pending motions. Accordingly, Defendant's motions for oral argument (Doc. Nos. 34, 77) are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE