THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. VANESSA GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:18-cv-00814 |
| THE METROPOLITAN ) | JURY DEMANDED |
| GOVERNMENT OF NASHVILLE AND ) | |
| DAVIDSON COUNTY, TENNESSEE, ) | Judge Campbell |
| ) | Magistrate Newbern |
| Defendant. ) | |

## DEFENDANT'S WITNESS LIST

Defendant Metropolitan Government of Nashville and Davidson County, Tennessee ("Defendant" or "Metro Schools") hereby provides notice, pursuant to Federal Rule of Civil Procedure 26(a)(3), that it expects to call the following witnesses to testify at trial:

1. Jennifer Bell
   c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

2. Barry Booker
   c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

3. Moreno Carrsasco
   1400 Henlow Drive
   Ormond Beach, FL 32174
   (240) 277-5938

4. Hank Clay
   c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

5. Amy Frogge
   c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

6. Chris Henson
   c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

7. Dr. Shawn Joseph
   c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

8. David Kovach
   c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

9. Kyla Krengel
   c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

10. Scott Lindsey
    1408 Riverbrook Drive
    Hermitage, TN 37073
    (615) 693-4556

11. Craig Ott
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

12. Sharon Pertiller
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

13. Dennis Queen
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

14. Terry Shrader
    Upper School Head/Principal
    Davidson Academy
    1414 W. Old Hickory Blvd
    Nashville, TN 37207
    (615) 860-5326
    (615) 566-9955

4851-1000-6704v1
2826592-000016 12/30/2019

15. Lisa Spencer
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

16. Jill Speering
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

17. Dr. Sonia Stewart
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

18. Deborah Story
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

19. Michael Taylor
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

20. Bill Warren
    1817 Apple Ridge Circle
    Nashville, TN 37211
    (615) 580-8691

21. Dr. Rebecca Welch
    66 Nance Lane
    Nashville, TN 37210

22. Antoinette Williams
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

23. Aimee Wyatt
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

24. Frank Young
    c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, TN 37201

4851-1000-6704v1
2826592-000016 12/30/2019

Defendant may call the following witnesses to testify at trial if the need arises:

1. Plaintiff

Defendant reserves the right to call rebuttal and impeachment witnesses in accordance with Federal Rule of Civil Procedure 26(a)(3).

Respectfully submitted,

s/ Charles K. Grant
Charles K. Grant, BPR No. 17081
Sharonda Fancher, (admitted pro hac vice)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
E-Mail: cgrant@bakerdonelson.com
E-Mail: sfancher@bakerdonelson.com

*Attorneys for Defendant Metropolitan Government of Nashville and Davidson County, Tennessee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2019, a copy of the foregoing *Defendant's Witness List* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

>Ann Buntin Steiner
>Steiner & Steiner, LLC
>613 Woodland Street
>Nashville, TN 37206
>Tel.: (615) 244-5063
>Fax: (615) 256-8540
>asteiner@steinerandsteiner.com
>
>Heather M. Collins
>Anne Hunter
>Collins & Hunter, PLLC
>7000 Executive Center Drive
>Building Two, Suite 320
>Brentwood, TN 37027
>heather@collinshunter.com
>
>*Attorneys for Plaintiff, Dr. Vanessa Garcia*
>
>       s/ Charles K. Grant
>       Charles K. Grant