IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
FOR THE MIDDLE DISTRICT
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. VANESSA GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-00814 |
| | ) | Jury Demand (6) |
| THE METROPOLITAN | ) | |
| GOVERNMENT OF NASHVILLE AND | ) | Judge Campbell |
| DAVIDSON COUNTY, TENNESSEE, | ) | Magistrate Newbern |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Dr. Vanessa Garcia, and Defendant, The Metropolitan Government of Nashville & Davidson County, Tennessee, jointly apprise the Court that this matter has been resolved and that they are in agreement that this case should be dismissed with prejudice, each party to bear their own costs.

Respectfully Submitted:

s/Ann Buntin Steiner
Ann Buntin Steiner, # 11697
Steiner & Steiner, LLC
613 Woodland Street
Nashville, TN 37206
Telephone: (615) 244-5063
Fax: (615) 256-8540
E-mail: asteiner@steinerandsteiner.com

        s/Anne Bennett Hunter (w/permission)
Anne Bennett Hunter (#022407)
Heather Moore Collins (#026099)
Collins & Hunter, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
(615) 724-1996
Fax: (615) 691-7019
E-Mail: heather@collinshunter.com
        anne@collinshunter.com

*Attorneys for Plaintiff, Dr. Vanessa Garcia*


        s/Charles K. Grant (w/permission)
Charles K. Grant, #017081
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
Fax: (615) 726-0464
E-Mail: cgrant@bakerdonelson.com
*Attorney for Defendant, The Metropolitan Government of Nashville and Davidson County, Tennessee*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2020, a copy of the Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows: Charles K. Grant, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., Baker Donelson Center, 211 Commerce Street, Suite 800, Nashville, TN 37201. Parties may access this filing through the Court's electronic filing system.

        s/Ann Buntin Steiner
        **Ann Buntin Steiner, BPR #11697**
The Law Offices of Steiner & Steiner
613 Woodland Street
Nashville, TN 37206
(615) 244-5063